# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:19-cv-02003-SVW-FFM | Date | July 5, 2019 |
| Title | Calvin Kwon v. Sung Yoo et al | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER DISMISSING ACTION

The Court, on June 19, 2019, issued an order to show cause why this action should not be dismissed for lack of prosecution.

On July 2, 2019, plaintiff filed a proof of service as to Defendant Soliman Trust served on 5/27/2019, and whose answer was due 6/17/2019. Plaintiff has failed to request entry of default.

Therefore, the matter is dismissed.

|  | : |
|---|---|
| Initials of Preparer | PMC |